1
2
3
4
5
6
7  UNITED STATES DISTRICT COURT
8  DISTRICT OF NEVADA
9  * * *
10 MANUEL NEBAB, *et al.*,         )
                                   )
11         Plaintiff,              )      2:10-cv-1285-GMN-RJJ
                                   )
12 vs.                             )
                                   )
13 JFK FINANCIAL, INC., etc., *et al.*,  )      O R D E R
                                   )
14         Defendant,              )
                                   )

   This matter was referred to the undersigned Magistrate Judge a Motion to Withdraw (#31) filed by Plaintiffs' counsel.

   The Court having reviewed the Motion (#31) and good cause appearing therefore,

   IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw (#31) filed by Plaintiffs' counsel is scheduled for December 17, 2010, at 1:15 PM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

   IT IS FURTHER ORDERED that Plaintiffs Manuel Nebab and Nestor C. Nebab must appear in court for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order to show cause being issued by the court.

   IT IS FURTHER ORDERED that Plaintiffs' counsel shall personally serve, or serve by certified mail, return receipted requested, a copy of the motion to withdraw and a copy of this Order on the Plaintiffs Manuel Nebab and Nestor C. Nebab. Proof of compliance with this service requirement must be filed with the court prior to the scheduled hearing. There is NO

1  EXCEPTION to the service requirement.
2      DATED this __16th__ day of November, 2010.

                                                                                       _____
                                                                                       ROBERT J. JOHNSTON
                                                                                       United States Magistrate Judge