\_FILED   \_RECEIVED
\_ENTERED \_SERVED ON
COUNSEL/PARTIES OF RECORD

2011 JUN -2  A 11: 47

U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nebab et al. <br><br> Plaintiff, <br><br> vs. <br><br> JFK Financial, Inc, et al <br><br> Defendant. | District No.   2:10-CV-1285-GMN-RJJ |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On May 16th, 2011 this court received a transcript order form dated May 13th, 2011 requesting a Transcript of the hearing held on December 13th, 2010 from Mr. Nester Nabab, Pro Se Plaintiff, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Plaintiff Nester Nebab.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 2d day of ~~May~~ June, 2011.

Robert J. Johnston
United States Magistrate District Judge